UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN BYRNE,

          Plaintiff,

   v.

NANCY A. BERRYHILL,

          Defendant.

Case No. 17-cv-00759-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Joseph C. Spero for consideration of whether the case is related to *Byrne v. Colvin*, 13-cv-4720.

**IT IS SO ORDERED.**

Dated: February 23, 2017


WILLIAM H. ORRICK
United States District Judge